IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

REAL PROPERTY LOCATED AT 2682        Case No. 08-C-0025-C
BULLSEYE LANE, EAGLE RIVER, VILAS
COUNTY, WISCONSIN, WITH ALL
APPURTENANCES AND IMPROVEMENTS
THEREON,

        Defendant.

---

ORDER FOR DEFAULT JUDGMENT

---

The United States of America, by its attorneys, Erik C. Peterson, United States Attorney for the Western District of Wisconsin, and Elizabeth Altman, Assistant United States Attorney, filed a complaint for forfeiture against the defendant 2682 Bullseye Lane, Eagle River, Vilas County, Wisconsin, on January 14, 2008.

The complaint alleges that the defendant real property was used or intended to be used in any manner or part to commit or to facilitate the commission of a violation of 21 U.S.C. §§ 801 et seq., punishable by more than one year imprisonment. The complaint further alleges that the defendant real property is forfeitable to the United States under the provisions of 21 U.S.C. § 881(a)(7).

Notice of this action was accomplished by personal service to all persons known by the government to have an interest in the defendant real property. The notices required that any claimant file a claim in this action.

No claim, answer, or other responsive pleadings have been filed by Kevin Bodamer with the Court pursuant to the Federal Rules of Civil Procedure.

The United States of America has made an application to this Court for a default judgment to be entered against Kevin Bodamer, accordingly,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. The Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest of Kevin Bodamer in the defendant 2682 Bullseye Lane, Eagle River, Vilas County, Wisconsin, is conveyed to the Plaintiff, United States of America.

DATED: March 17, 2008

BY THE COURT:

BARBARA B. CRABB
United States District Judge

Entered this 19th day of March 2008.

THERESA M. OWENS, Clerk
United States District Court

2