IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 2682 BULLSEYE LANE, EAGLE RIVER, VILAS COUNTY, WISCONSIN, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON,<br><br>Defendant. | Case No. 08-C-0025-C |

CERTIFICATE OF REASONABLE CAUSE

Upon motion of the United States and review of the entire file of this case, the Court hereby certifies that there was reasonable cause for the seizure of the defendant real property located at 2682 Bullseye Lane, Eagle River, Vilas County, Wisconsin, in that it was subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(7).

Executed this 26th day of February 2009

BARBARA B. CRABB
Chief United States District Court Judge