IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

REAL PROPERTY LOCATED AT 2682
BULLSEYE LANE, EAGLE RIVER, VILAS
COUNTY, WISCONSIN, WITH ALL
APPURTENANCES AND IMPROVEMENTS
THEREON,

       Defendant.

Case No.  08-C-0025-C

---

## ORDER OF FORFEITURE

---

Upon application of the United States of America, and review of the entire file in this case, the Court hereby finds:

1.      The Stipulated Settlement Agreement is incorporated herein by reference and attached to this Order of Forfeiture.

2.      The twenty thousand dollars ($20,000.00) as substitute res for the real property located at 2682 Bullseye Lane, Eagle River, Vilas County, Wisconsin, is condemned and forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(7).  Payment of the twenty thousand dollars ($20,000) is as follows:  twenty thousand dollars ($20,000.00) by certified or guaranteed check or money order payable to the United States Marshal on or before April 15, 2009.

3.      The government is to file a release of lis pendens with the register of deeds

for Vilas County upon receipt of the twenty thousand dollars ($20,000) substitute res.

4.      The United States Marshal for the Western District of Wisconsin is

directed to:

        a.      dispose of the twenty thousand dollars ($20,000.00) in accordance

with federal law.

ORDERED this _____ day of February 2009.


Barbara B. Crabb
BARBARA B. CRABB
Chief United States District Court Judge

2